1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    RICHARD M. SEGAL, State Bar No. 156975
2   WESLEY M. SPOWHN, State Bar No. 252939
    501 W. Broadway, Suite 1100
3   San Diego, CA  92101-3575
    Telephone: (619) 234-5000
4   Facsimile No.: (619) 236-1995

5   Attorneys for Defendants
    BASS PRO OUTDOOR WORLD, LLC,
6   BPS DIRECT, LLC and BASS PRO, LLC
    (formerly known as BASS PRO, INC.)

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  _____
                                    )
11  GEOFFREY MCDONALD, individually and )   Case No.   **'13 CV 0889 WQH DHB**
    on behalf of all others similarly situated, )
12                                  )         NOTICE OF REMOVAL OF ACTION
                       Plaintiff,   )         PURSUANT TO 28 U.S.C. §§ 1332(d)
13                                  )         AND 1453 (CLASS ACTION FAIRNESS
           vs.                      )         ACT OF 2005)
14                                  )
    BASS PRO OUTDOOR WORLD, LLC, a  )
15  Missouri limited liability company; BPS )
    DIRECT, LLC, a Delaware limited liability )
16  company; BASS PRO, LLC, a Delaware )
    limited liability company; BASS PRO, INC., )
17  a Delaware corporation; and DOES 1-50, )
    inclusive,                      )
18                                  )
                       Defendants.  )
19  _____)

20

21        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332(d) and 1453 (Class

23  Action Fairness Act of 2005), Defendants BASS PRO OUTDOOR WORLD, LLC, BPS

24  DIRECT, LLC and BASS PRO, LLC (formerly known as BASS PRO, INC.) (collectively,

25  "Defendants") hereby remove to this Court the state court action described below:

26        1.        On March 14, 2013, a putative class action entitled *Geoffrey McDonald v.*

27  *Bass Pro Outdoor World, LLC, et al.* was commenced in the Superior Court of the State of

28  California for the County of San Diego, as case number 37-2013-00039269-CU-MC-CTL

403934539v1                          - 1 -       NOTICE OF REMOVAL OF ACTION PURSUANT TO
                                                 28 U.S.C. §§1332(d) AND 1453 (CLASS ACTION
                                                         FAIRNESS ACT OF 2005)

1    ("the State Court Action").  A true and correct copy of the State Court Action Complaint

2    ("Complaint") is attached hereto as Exhibit 1.

3          2.        Defendant Bass Pro Outdoor World, LLC ("BP Outdoor World") was served

4    by hand to its registered agent for service of process on March 15, 2013.  A true and correct

5    copy of the BP Outdoor World Summons is attached hereto as Exhibit 2.

6          3.        Defendant BPS Direct, LLC ("BPS Direct") was served by hand to its

7    registered agent for service of process on March 15, 2013.  A true and correct copy of the

8    BPS Direct Summons is attached hereto as Exhibit 3.

9          4.        Defendant Bass Pro, LLC ("BP LLC") was served by hand to its registered

10   agent for service of process on March 15, 2013.  A true and correct copy of the BP LLC

11   Summons is attached hereto as Exhibit 4.

12         5.        Defendant Bass Pro, Inc. ("BP Inc.") was served by certified mail to its

13   registered agent for service of process on March 22, 2013.  A true and correct copy of the

14   BP Inc. Summons is attached hereto as Exhibit 5.

15         6.        A true and correct copy of the Civil Case Cover Sheet filed in the State

16   Court Action is attached hereto as Exhibit 6.

17         7.        A true and correct copy of the Notice of Case Assignment and Case

18   Management Conference on Mandatory eFile Case issued in the State Court Action is

19   attached hereto as Exhibit 7.

20         8.        According to the docket for the State Court Action, Exhibits 1 through 7

21   comprise all process, pleadings and orders served upon Defendants in the State Court

22   Action as of the filing of this Notice of Removal.

23         9.        A true and correct copy of the Answer of Defendants Bass Pro Outdoor

24   World, LLC, BPS Direct, LLC and Bass Pro, LLC (formerly known as Bass Pro, Inc.) to

25   Unverified Complaint filed in the State Court Action on April 11, 2013 is attached hereto as

26   Exhibit 8.

27         10.       A true and correct copy of the Notice of Removal to Federal Court to be

28   filed promptly with the Clerk of the State Court Action, without exhibits which would be

403934539v1

NOTICE OF REMOVAL OF ACTION PURSUANT TO
28 U.S.C. §§1332(d) AND 1453 (CLASS ACTION
FAIRNESS ACT OF 2005)

1   duplicative herein, is attached hereto as Exhibit 9.  The Notice of Removal to Federal Court

2   will be served on Plaintiff through his counsel of record.

3          11.     This action is a civil action over which this Court has original jurisdiction

4   under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1453.

5                  a.   Under the Class Action Fairness Act, "[t]he district courts shall have

6                       original jurisdiction of any civil action in which the matter in

7                       controversy exceeds the sum or value of $5,000,000, exclusive of

8                       interest and costs, and is a class action in which . . . any member of a

9                       class of plaintiffs is a citizen of a State different from any defendant."

10                      28 U.S.C. § 1332(d)(2)(A).

11                 b.   This action has been brought as a class action under Section 382 of the

12                      California Code of Civil Procedure, which is similar to Rule 23 of the

13                      Federal Rules of Civil Procedure.

14                 c.   Plaintiff's complaint arises out of allegations that his telephone call with

15                      Defendants was recorded without his consent.  On that basis, he asserts a

16                      cause of action for violation of California Penal Code Sections 630, *et*

17                      *seq.*  He seeks to certify a class of "[a]ll natural persons who, while

18                      residing in and physically present in the State of California, and during

19                      the applicable statute of limitations: (1) participated in at least one

20                      telephone communication with a live representative of defendants that

21                      was recorded by defendants; (2) were not notified by defendants that

22                      their telephone communication was being recorded; and (3) are

23                      identifiable through records held by defendants and/or third parties."  *See*

24                      Complaint ¶ 9.

25                 d.   Based on the allegations of the Complaint, this is an "action in which the

26                      matter in controversy exceeds the sum or value of $5,000,000."  28

27                      U.S.C. § 1332(d)(2).  Among other remedies, the Complaint seeks

28                      recovery of statutory damages in the amount of $5,000 per violation

403934539v1                                    - 3 -
                                                        NOTICE OF REMOVAL OF ACTION PURSUANT TO
                                                        28 U.S.C. §§1332(d) AND 1453 (CLASS ACTION
                                                        FAIRNESS ACT OF 2005)

1    pursuant to California Penal Code Section 637.2.  *See* Complaint ¶¶ 5, 9,

2    16-19.

3    e.  Defendants deny any liability in this case and intend vigorously to

4    oppose class certification and to defend the case on the merits.

5    Defendants reserve all rights in that regard.  For purposes of

6    jurisdictional requirements for removal only, based on these allegations

7    alone, Defendants have evidence showing that the allegations in

8    Plaintiff's Complaint put in controversy, in the aggregate, an amount that

9    exceeds $5,000,000.  Defendants' records show that the class proposed

10    in the Complaint would include members whose aggregate telephone

11    calls at issue would exceed 1,000 in number.  Therefore, the aggregate

12    amount in controversy would exceed $5,000,000 based on the statutory

13    damage of $5,000 per telephone call.

14    f.  Per the class definition alleged in the Complaint, the named Plaintiff and

15    all putative class members are citizens of California.  Complaint ¶ 1; *see*

16    *also id.* at ¶ 9.

17    g.  BP Outdoor World is a Missouri limited liability company with its

18    principal place of business in Springfield, Missouri. It therefore is not a

19    citizen of California.

20    h.  BPS Direct is a Delaware limited liability company with its principal

21    place of business in Springfield, Missouri.  It therefore is not a citizen of

22    California.

23    i.  BP LLC is a Delaware limited liability company with its principal place

24    of business in Springfield, Missouri.  It therefore is not a citizen of

25    California.

26    j.  BP Inc. was the predecessor corporation to BP LLC and no longer exists,

27    but formerly was a Delaware corporation with its principal place of

28

NOTICE OF REMOVAL OF ACTION PURSUANT TO
28 U.S.C. §§1332(d) AND 1453 (CLASS ACTION
FAIRNESS ACT OF 2005)

1      business in in Springfield, Missouri.  It therefore is and was not a citizen

2      of California.

3          k.   Accordingly, there is diversity between Plaintiff and Defendants, thereby

4      satisfying the requirements of minimal diversity under 28 U.S.C. §

5      1332(d)(2)(A).  Further, none of the putative class members (including

6      Plaintiff) is a citizen of the same state as any of the Defendants.

7          12.   This Notice of Removal is filed on behalf of Defendants within thirty days

8  after service of the Complaint on Defendants, and is therefore timely.  *See* 28 U.S.C.

9  §§ 1446(b), 1453(b).

10

    Dated:  April 12, 2013.

11

PILLSBURY WINTHROP SHAW PITTMAN LLP
12  RICHARD M. SEGAL
WESLEY M. SPOWHN
13  501 W. Broadway, Suite 1100
San Diego, CA  92101-3575

14

15

By  */s/ Richard M. Segal*
16                  Richard M. Segal
            Attorneys for Defendants
17  BASS PRO OUTDOOR WORLD, LLC,
BPS DIRECT, LLC and BASS PRO, LLC (formerly
18  known as BASS PRO, INC.)

19

20

21

22

23

24

25

26

27

28

403934539v1

- 5 -

NOTICE OF REMOVAL OF ACTION PURSUANT TO
28 U.S.C. §§1332(d) AND 1453 (CLASS ACTION
FAIRNESS ACT OF 2005)