# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MCDONALD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>BASS PRO OUTDOOR WORLD, LLC, a Missouri limited liability company; BPS DIRECT, LLC, a Delaware limited liability company; BASS PRO, LLC, a Delaware limited liability company; BASS PRO, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO. 13-cv-0889-BAS (DHB)<br><br>**JUDGMENT** |

WHEREAS, on December 18, 2014, the Court entered its Order Granting (1) Final Approval of Class Action Settlement and (2) Motion for Award of Attorneys' Fees, Litigation Expenses, and Plaintiff Enhancement Award (the "Final Approval Order"); and

WHEREAS, the parties have performed their obligations under the Settlement Agreement in this Action;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All terms defined in the Settlement Agreement between the parties to this Action are hereby adopted for purposes of this Judgment as if fully set forth and defined herein.

2. Plaintiff Geoffrey McDonald and the Class Members who did not timely request exclusion from the settlement, on behalf of themselves and each of their respective heirs, representatives, successors, assigns, trusts, executors, and attorneys, have released and discharged Bass Pro Outdoor World, LLC, BPS Direct, LLC, and Bass Pro, LLC (collectively, "Bass Pro"), and each of their respective past and present officers, directors, employees, shareholders, members, partners, agents, representatives, predecessors, successors, parents, subsidiaries, affiliates, assigns, insurance companies, and attorneys, from any and all claims that were alleged in this Action, or which could have been alleged in this Action arising out of the facts alleged in this Action that took place during the Class Period.

3. This Action is terminated with prejudice, provided, however, that the Court retains continuing jurisdiction over the Parties and the Class Members to effectuate and ensure compliance with the Settlement.

IT IS SO ORDERED.

DATED: December 18, 2014

CYNTHIA BASHANT
United States District Judge